UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA, | CASE NO. 2:06-CR-00365-MJP |
| Plaintiff, | ORDER |
| v. | |
| JON RICHARD BAER, | |
| Defendant. | |

The Court has received and reviewed Defendant's Ex Parte Motion for the Termination of Supervised Release (Dkt. No. 48) and the Government's Response in Opposition to Motion to Terminate Supervised Release (Dkt. No. 49).

IT IS ORDERED that the motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _12th_ day of April, 2011.

Marsha J. Pechman
United States District Judge

ORDER- 1